IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| WINNONA KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:16-CV-180-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). On January 12, 2017, Plaintiff filed a Motion to Dismiss, stating that she no longer desires to prosecute this claim. The United States Magistrate Judge entered a Report and Recommendation, recommending that the motion be granted. Neither party has filed written objections and the time to do so has now expired.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, that Plaintiff's Motion to Dismiss is **GRANTED**, and that the above-styled and -numbered cause is **DISMISSED without prejudice**.

Dated this 17th day of February, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE